[No. 43597-7-II.   Division Two.   April 29, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM LLOYD CARTER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 10-1-00878-9, Sally F. Olsen, J., entered June 15, 2012. *Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick, C.J., and Johanson, J.

[No. 43816-0-II.   Division Two.   April 29, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DAMON C. MCGRAW, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-05032-9, Beverly G. Grant, J., entered July 27, 2012. *Reversed* and *remanded* by unpublished opinion per Bjorgen, J., concurred in by Hunt and Maxa, JJ.

[No. 43898-4-II.   Division Two.   April 29, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAYBORN JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-1-00403-0, Leila Mills, J., entered September 4, 2012. *Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick, C.J., and Johanson, J.

[No. 43945-0-II.   Division Two.   April 29, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY SCOTT FULTON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 12-1-00165-9, Sally F. Olsen, J., entered September 11, 2012. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen and Maxa, JJ.